UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
**AT LOUISVILLE**

| | | |
|---|---|---|
| DECLAN J. McAULEY | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.3:04CV-676-MO |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| R & L CARRIERS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S RULE 26(a)(2) DISCLOSURE

Comes the Plaintiff, by counsel, and pursuant to this court's Order of April 20, 2005, provides the following information with regards to Experts who are expected to testify at the trial of this matter.

1.    Stephanie Altobellis, M.D.
      Associates in Internal Medicine PLLC
      3920 Dutchmans Lane Suite 312
      Louisville, KY 40207

   Dr. Altobellis is the Plaintiff's primary care physician. She is expected to testify in accordance with her office records, copies of which have previously been provided to the Defendants.

2.    Clark Bernard, M.D.
      Neurosurgical Group of Greater Louisville and Southern Indiana
      225 Abraham Flexner Way Suite 505
      Louisville, KY 40202

   Dr. Bernard is a neurosurgeon who has been consulted by Plaintiff's treating physicians and has examined Declan McAuley. He is expected to testify in accordance with his office records

1



EXHIBIT
**C**



which have previously been provided to the Defendants. Dr. Bernard is also expected to testify regarding the Xray and MRI findings on the tests and procedures performed on the Plaintiff at Jewish Hospital, copies of which have previously been provided to Counsel for Defendants.

3.    John Gormley, M.D.
      Rehabilitation Associates
      220 Abraham Flexner Way Suite 500
      Louisville, KY 40202

Dr. Gormley is a physician specializing in rehabilitation medicine.  Dr. Gormley has been a consultant who has seen and examined the Plaintiff. He is expected to testify in accordance with his office records which have previously been provided to the Defendants.  Dr. Gormley is also expected to testify regarding the Xray and MRI findings on the tests and procedures performed on the Plaintiff at Jewish Hospital, copies of which have previously been provided to Counsel for Defendants.

4.    Michael G. Cassaro, M.D.
      4010 Dupont Circle Suite 430
      Louisville, KY 40207

Dr. Cassaro is a physician specializing in the discipline of pain management.  Dr. Cassaro is actively treating the Plaintiff for his injuries.  He is expected to testify at trial in accordance with his office records, copies of which are enclosed. Dr. Cassaro is also expected to testify regarding the Xray and MRI findings on the tests and procedures performed on the Plaintiff at Jewish Hospital, copies of which have previously been provided to Counsel for Defendants.

5.    Louis B. Kastan, M.D.
      605 Zorn Avenue
      Louisville, KY 40206

Dr. Kastan is a board certified radiologist.  Dr. Kastan is expected to testify regarding his interpretation of the Dynamic Motion Xray performed on the Plaintiff on May 5, 2005 at the request of Dr. Cassaro.  A copy of Dr. Kastan's report is attached.

6.      Catherine G. Frantom, Ph.D.
        Jewish Hospital Frazier Rehab Institute
        220 Abraham Flexner Way
        Louisville, KY 40202
        Dr. Frantom is a consultant and is in active practice in the discipline of psychology. Dr.

Frantom has seen and evaluated Declan McAuley for his closed head injury. She is expected to

testify at trial in accordance with her office records, copies of which are enclosed.


7.      David G. Changaris, M.D.
        801 Barret Avenue Suite 103
        Louisville, KY 40204

        Dr. Changaris is a physician specializing in the discipline of pain management and

neurosurgery. Dr. Changaris will, in the immediate future, evaluate Declan McAuley for his injuries.

As soon as Counsel for Plaintiff receives Dr. Changaris' report, that will be provided to Counsel for

Defendant.


                                        Respectfully submitted,


                                        Theodore L. Mussler, Jr., Esq.
                                        MUSSLER & ASSOCIATES
                                        401 W. Main Street, Suite 1700
                                        Louisville KY 40202
                                        (502) 583-1700
                                        Fax: (502) 585-5590
                                        Counsel for Plaintiff


                        **Certificate of Service**

        It is hereby certified that a true copy of the foregoing was sent via U. S. Mail on this, the
_____ Day of June, 2005, to the following:

Nancy B. Loucks, Esq
Frost Brown Todd


                                    3

400 W. Market Street, 32nd Floor
Louisville KY 40202-3363
(502) 589-5400
Fax: (502) 581-1087
Counsel for Defendant

Theodore L. Mussler, Jr., Esq.

PATIENT NAME:   Declan J. McAuley        DATE:  June 3, 2005
PATIENT ACCOUNT #:   12230.0             DOB: 9/21/63
REPORTING PHYSICIAN:                     Michael G. Cassaro, M.D.

## ESTABLISHED PATIENT OUTPATIENT VISIT

**SUBJECTIVE:** Chief Complaint: Head pain, neck pain, mid back pain, headaches, and bilateral shoulder pain. His pain is the same. It is continuous in duration. His medications are working. He is having the side effect of ringing in his ears. He says that due to some confusion with his Cytomel prescription, when the pharmacy did not have it one day, he stopped taking it for a while and began to get incredibly fatigued again. He forgot about it after a few days and did not understand why he was so fatigued. He called up Dr. Altobellis saying that there was a problem with the Provigil. She doubled the Provigil dose, but he was still very fatigued. His wife then remembered the Cytomel and began to take that again and his fatigue got better. So now he wonders if the Cytomel is what has been helping him all along rather than the Provigil because he started the Cytomel and the Provigil at about the same time. So he is asking me if I would recommend that he stop the Provigil, now that he is on the Cytomel again, to see if that makes any difference. I told him that is an experiment that he can run and it should be harmless to try that and then let both Dr. Altobellis and I know what he finds. He is not on any adjunctive therapies although he has been doing a home exercise program that he says is not helping. His activity level is the same. He is working. His allergies are unchanged. He is a nonsmoker. He awakens frequently from sleep. He complains of fatigue on review of systems today. He took his early morning temperatures again and off the Cytomel they were in the 97.0 range and on the Cytomel they were in the 98.2 range. His pain is inadequately controlled. His laboratory results were reviewed with him today, but the results for the reverse T3 are not back yet.

**OBJECTIVE:** BP: 110/70. PULSE: 76. RSP: 16. WGT: 173 lb. He is alert and oriented x 3. His station and gait are normal. His mood and affect are appropriate. His pupils are equal and round. His lids and conjunctivae are normal.

**ASSESSMENT:**
1. Post whiplash syndrome. (847.0)
2. Low-grade cervical myelopathy affecting the trigeminal nucleus. (722.71)
3. Multilevel cervical disc protrusions including C3-4 and C6-7.  (722.0)
4. Multilevel thoracic disc protrusions including T2-3 and T10-11 with Schmorl's nodes at T10-11.
5. Lumbago. (724.2)
6. Lumbar degenerative disc disease at L5-S1 with probable acute disc protrusion at L5-S1.  (722.52)
7. Lower lumbar facet degenerative disease. (721.3)
8. Lumbar radiculitis. (724.4)
9. Cervicogenic headaches. (784.0)
10. Peripheral neuritis, probably due to wrist extension bilaterally.  (729.2)
11. Autoimmune thyroiditis, inadequately controlled. (245.2)

**PATIENT NAME:**   Declan J. McAuley          **DATE:**  June 3, 2005
**PATIENT ACCOUNT #:**   12230.0              **DOB:**  9/21/63
**REPORTING PHYSICIAN:**                       Michael G. Cassaro, M.D.

## ESTABLISHED PATIENT OUTPATIENT VISIT
### Page 2

**PLAN**:
1.  I will wait to see what the reverse T3 results are to see if we need to do any minor adjustments on the Cytomel dose.
2.  I will refer him to see Dr. David Zemba.
3.  I will order physical therapy for his cervical spine—evaluation and treatment.
4.  I will send an update of his records to the patient for Mussler.



Michael G. Cassaro, M.D.

MGC/mbb
D: 6/3/05 (Dictated, reviewed when initialed)
T: 6/6/05

| | PATIENT INFORMATION<br>**MCAULEY, DECLAN** | REPORT STATUS **Partial** |
|---|---|---|

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 859.299.3866

ORDERING PHYSICIAN
**CASSARO, MICHAEL G**

SPECIMEN INFORMATION
SPECIMEN:    KY781300S
REQUISITION: 0000242
LAB REF NO:

DOB: 09/21/1963  Age: 41
GENDER: M
SS: 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

PHONE: 502-459-4981

CLIENT INFORMATION
7029
MICHAEL CASSARO, M.D.
4010 DUPONT CIR STE 430
LOUISVILLE, KY 40207-4886

COLLECTED: 05/31/2005   10:26
RECEIVED:  05/31/2005   10:22
REPORTED:  06/02/2005   21:57

*mcc*
*6/3*

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| T3, REVERSE | Pending | | | |
| DHEA SULFATE | 182 | | ug/dL | EZ |
| | | | Reference Range:<br>45-345 | |
| NOTE: Please note the reference range changes, effective 05/09/2005. | | | | |
| THYROGLOBULIN ANTIBODIES | | 7 H | <2 IU/ML | BH |
| T3, TOTAL | 137 | | 60-181 NG/DL | KY |
| T-4, FREE | 0.9 | | 0.8-1.8 NG/DL | KY |
| T-4 (THYROXINE), TOTAL | 9.0 | | 4.5-12.5 MCG/DL | KY |
| TSH | 0.72 | | 0.40-5.50 MIU/L | KY |
| CORTISOL, A.M. | 12.8 | | 4.0-22.0 MCG/DL | KY |
| | REFERENCE INTERVAL IS FOR AN 8AM SPECIMEN. | | | |
| PSA, TOTAL | 1.0 | | < OR = 4.0 NG/ML | KY |
| PSA VALUES FROM DIFFERENT ASSAY METHODS CANNOT BE USED INTERCHANGEABLY. THIS ASSAY WAS PERFORMED USING THE BAYER CHEMILUMINESCENT METHOD. | | | | |
| PROGESTERONE | 0.7 | | <1.4 NG/ML | BH |
| TESTOSTERONE, TOTAL | 480 | | 241-827 NG/DL | BH |
| THYROID PEROXIDASE ANTIBODIES | | 4 H | <2 IU/ML | BH |

----------------------------------------------------------------------------

**Performing Laboratory Information:**

BH   QUEST DIAGNOSTICS INC AUBURN HILLS 4444 GIDDINGS ROAD AUBURN HILLS MI  48326
EZ   QUEST DIAGNOSTICS/NICHOLS 33608 ORTEGA HWY SAN JUAN CAPISTRANO CA  92675 Laboratory Director: R.E. REITZ, MD
KY   QUEST DIAGNOSTICS-LEXINGTON 2277 CHARLESTON DR LEXINGTON KY  40505 Laboratory Director: JOSE A. ROSS, MD

MCAULEY, DECLAN - KY781300S                              Page 1 - End of Report

PATIENT NAME: Declan J. McAuley

DATE:  April 28, 2005

PATIENT ACCOUNT #: 12230.0

DOB:  9/21/63

REPORTING PHYSICIAN:

Michael G. Cassaro, M.D.

## ESTABLISHED PATIENT OUTPATIENT VISIT

**SUBJECTIVE:**  Chief Complaint:  Back of head pain, neck pain, mid back pain, headaches, and bilateral shoulder pain.  The caudal helped.  His pain is worse.  It is continuous in duration.  It is stabbing in character.  It is worse with sitting and with turning.  His medications are working.  He is not having any side effects from them.  He is taking Provigil that really helps during the day.  Dr. Altobellis is prescribing it.  It is not a cure-all, but it gives him enough energy to make it through the day.  He still poops out by about 9 o'clock at night.  He is also complaining of decreased libido and erectile dysfunction that is worsening and it is starting to have an effect on his relationship with his wife.  Dr. Altobellis prescribed at one point some Androgel, but he just saw that as being very messy, a big hassle, and did not feel that it helped much and so he stopped using it.  He is not on any adjunctive therapies.  His activity level is the same.  He is working.  His allergies are unchanged.  He is a nonsmoker.  He awakens frequently from sleep because he is not able to get comfortable.  He is also complaining today of pain in the mid back between his shoulder blades, especially while driving and when he turns to the right.  He will get a jolt that comes right to his chest and scares him.  He has increased pain in his neck, pressure at the base of his skull, and intermittent tinnitus.  I explained to him that these are probably all related due to the position that he has to sit in when he drives with the seat back reclined slightly, flexing his thorax and his neck in order to see the road ahead, and any twisting motion would exacerbate irritation of the neural structures that are in contact with his bulging disc or spurs.  The increased muscle tension in his neck can activate a reflex that leads to tinnitus.  It is also suggestive of instability when this happens and we will investigate that further.  His pain is inadequately controlled.

**OBJECTIVE:**  BP: 118/78.  PULSE: 68.  RSP: 16.  WGT: 175 lb.  He is alert and oriented x 3.  His station and gait are normal.  His mood and affect are appropriate.  His pupils are equal and round.  His lids and conjunctivae are normal.

**ASSESSMENT:**
1. Post whiplash syndrome.
2. Low-grade cervical myelopathy affecting the trigeminal nucleus.
3. Multilevel cervical disc protrusions including C3-4 and C6-7.
4. Multilevel thoracic disc protrusions including T2-3 and T10-11 with Schmorl's nodes at T10-11.
5. Lumbago.
6. Lumbar degenerative disc disease at L5-S1 with probable acute disc protrusion at L5-S1.
7. Lower lumbar facet degenerative disease.
8. Lumbar radiculitis.                    (continued)

MAY 0 2 ENT'D

PATIENT NAME: Declan J. McAuley
PATIENT ACCOUNT #: 12230.0
REPORTING PHYSICIAN:

DATE:  April 28, 2005
DOB:  9/21/63
Michael G. Cassaro, M.D.

## ESTABLISHED PATIENT OUTPATIENT VISIT
### Page 2

9.  Cervicogenic headaches.
10. Peripheral neuritis, probably due to wrist extension bilaterally.
11. Autoimmune thyroiditis, inadequately controlled.

**PLAN**:
1. I will refill his same medications at their same doses today.
2. He is to continue the Provigil and Cytomel.
3. We will get a motion x-ray of his cervical spine.
4. He will keep a log of his early morning temperatures for a week.
5. We will order labs for a male hormone panel; an a.m. cortisol; and a complete thyroid panel to include T3, T4, TSH, thyroglobulin antibodies, and thyroid peroxidase antibodies.
6. We will send updated records to Ted Mussler.


Michael G. Cassaro, M.D.

MGC/mbb
D: 4/28/05 (Dictated, reviewed when initialed)
T: 4/30/05

**DECLAN J. MCAULEY - 12/3/04 – ESTABLISHED PATIENT OUTPATIENT VISIT**

**SUBJECTIVE:** Chief Complaint: Neck pain, low back pain, and bilateral shoulder pain. His back pain has gotten a whole lot worse here over the past month or so. It is giving him fits. He has a 15 minute sitting tolerance now. He is also reporting 1 episode of the spike type pain that goes up through his head. It came on suddenly, lasted only a few seconds, and then went away. He is most distressed by it because he has not had any of these since last winter. His pain is worse. It is continuous in duration. It is burning in character in his face and hands. It is worse with sitting. He is still plagued with fatigue. He says that the Provigil does not help with the fatigue at all; it just keeps him from falling asleep. He is not on any adjunctive therapies. His activity level is the same. He is working. His allergies are unchanged. He is a nonsmoker. He awakens frequently from sleep and is still tired. His pain is inadequately controlled.

**OBJECTIVE:** BP: 110/80. PULSE: 68. RSP: 16. WGT: 181 lb. He is alert and oriented x 3. His station and gait are normal. His mood and affect are appropriate. His pupils are equal and round. His lids and conjunctivae are normal. He has focal midline tenderness on the supraspinous ligament at L5-S1. There is also bilateral paraspinous tenderness.

**ASSESSMENT:**
1. Post whiplash syndrome.
2. Low grade cervical myelopathy affecting the trigeminal nucleus.
3. Multilevel cervical disc protrusions including C3-4 and C6-7.
4. Multilevel thoracic disc protrusions including T2-3 and T10-11 with Schmorl's nodes at T10-11.
5. Lumbago.
6. Lumbar degenerative disc disease at L5-S1 with probable acute disc protrusion at L5-S1.
7. Lower lumbar facet degenerative disease.
8. Lumbar radiculitis.
9. Cervicogenic headaches.
10. Peripheral neuritis, probably due to wrist extension bilaterally.
11. Autoimmune thyroiditis, inadequately controlled.

**PLAN:**
1. I want him to start water arthritis exercise classes for general conditioning.
2. I will start Neurontin 400 mg t.i.d. #90.
3. I will do a caudal epidural injection today.


Michael G. Cassaro, M.D.

MGC/mbb
D: 12/3/04 (Dictated, reviewed when initialed)
T: 12/6/04

DEC 1 7 2004

ENTERED

NS 3/3/05

PATIENT: Declan J. McAuley                    DATE: December 3, 2004
PHYSICIAN: Michael G. Cassaro, M.D.

## PROCEDURE NOTE

**PREOPERATIVE DIAGNOSIS:**
1. Lumbar degenerative disc disease at L5-S1 with probable acute disc protrusion at L5-S1.
2. Lower lumbar facet degenerative disease.
3. Lumbar radiculitis.

**POSTOPERATIVE DIAGNOSIS:**
1. Lumbar degenerative disc disease at L5-S1 with probable acute disc protrusion at L5-S1.
2. Lower lumbar facet degenerative disease.
3. Lumbar radiculitis.

**PROCEDURE**: Caudal epidural steroid injection.

**STATEMENT OF MEDICAL NECESSITY:** I have examined this patient and determined that the patient has pain originating from within the lumbar spinal canal. It is unresponsive to conservative therapy, oral medications, and noninvasive modalities. It is now medically necessary to provide the patient with an epidural steroid injection in order to relieve pain and improve function.

**CONSENT**: This proposed procedure has been explained to the patient in detail. Common risks and side effects have been explained. Reasonable expectations for outcome including the possibility that pain may be worse following the procedure have been explained to the patient. All of the patient's questions have been answered to the patient's satisfaction. The patient elects to proceed with this procedure.

**PROCEDURE DESCRIPTION:** The patient was placed on the treatment table in the prone position. Vital signs were monitored throughout the procedure. The patient's skin was prepped with alcohol and allowed to air dry. Sterile technique was followed throughout the procedure. Landmarks were identified by digital palpation. A 22-gauge 1.5" short beveled needle was then inserted percutaneously over the sacral hiatus, directed through the sacrococcygeal ligament, and into the sacral canal. An aspiration was performed which was negative. A solution was injected using a 20 cc syringe that contained 12 cc of Sarapin, 10.0 mg of Decadron, and 2 cc of Depo-Medrol 40. The needle was then removed and a dressing applied. The patient remained in the prone position for approximately 10 minutes. The patient's vital signs were stable. The patient was discharged. The patient tolerated the procedure well and there were no adverse reactions.

**POST PROCEDURE VITAL SIGNS:** BP: 110/80.  PULSE: 80.  RSP: 16.


Michael G. Cassaro, M.D.

MGC/mbb
D: 12/3/04 (Dictated, reviewed when initialed)
T: 12/6/04

**ENTERED**   DEC 1 7 2004

**PATIENT NAME: Declan J. McAuley**
**PATIENT ACCOUNT #: 12230.0**
**REPORTING PHYSICIAN:**

**DATE:  April 28, 2005**
**DOB: 9/21/63**
**Michael G. Cassaro, M.D.**

## ESTABLISHED PATIENT OUTPATIENT VISIT

**SUBJECTIVE:**  Chief Complaint:  Back of head pain, neck pain, mid back pain, headaches, and bilateral shoulder pain. The caudal helped. His pain is worse. It is continuous in duration. It is stabbing in character. It is worse with sitting and with turning. His medications are working. He is not having any side effects from them. He is taking Provigil that really helps during the day. Dr. Altobellis is prescribing it. It is not a cure-all, but it gives him enough energy to make it through the day. He still poops out by about 9 o'clock at night. He is also complaining of decreased libido and erectile dysfunction that is worsening and it is starting to have an effect on his relationship with his wife. Dr. Altobellis prescribed at one point some Androgel, but he just saw that as being very messy, a big hassle, and did not feel that it helped much and so he stopped using it. He is not on any adjunctive therapies. His activity level is the same. He is working. His allergies are unchanged. He is a nonsmoker. He awakens frequently from sleep because he is not able to get comfortable. He is also complaining today of pain in the mid back between his shoulder blades, especially while driving and when he turns to the right. He will get a jolt that comes right to his chest and scares him. He has increased pain in his neck, pressure at the base of his skull, and intermittent tinnitus. I explained to him that these are probably all related due to the position that he has to sit in when he drives with the seat back reclined slightly, flexing his thorax and his neck in order to see the road ahead, and any twisting motion would exacerbate irritation of the neural structures that are in contact with his bulging disc or spurs. The increased muscle tension in his neck can activate a reflex that leads to tinnitus. It is also suggestive of instability when this happens and we will investigate that further. His pain is inadequately controlled.

**OBJECTIVE:**  BP: 118/78.  PULSE: 68.  RSP: 16.  WGT: 175 lb.  He is alert and oriented x 3.  His station and gait are normal.  His mood and affect are appropriate.  His pupils are equal and round.  His lids and conjunctivae are normal.

**ASSESSMENT:**
1. Post whiplash syndrome.
2. Low-grade cervical myelopathy affecting the trigeminal nucleus.
3. Multilevel cervical disc protrusions including C3-4 and C6-7.
4. Multilevel thoracic disc protrusions including T2-3 and T10-11 with Schmorl's nodes at T10-11.
5. Lumbago.
6. Lumbar degenerative disc disease at L5-S1 with probable acute disc protrusion at L5-S1.
7. Lower lumbar facet degenerative disease.
8. Lumbar radiculitis.            (continued)

**PATIENT NAME: Declan J. McAuley**
**PATIENT ACCOUNT #: 12230.0**
**REPORTING PHYSICIAN:**

**DATE:  April 28, 2005**
**DOB:  9/21/63**
**Michael G. Cassaro, M.D.**

### ESTABLISHED PATIENT OUTPATIENT VISIT
### Page 2

9.  Cervicogenic headaches.
10. Peripheral neuritis, probably due to wrist extension bilaterally.
11. Autoimmune thyroiditis, inadequately controlled.

**PLAN:**

1. I will refill his same medications at their same doses today.
2. He is to continue the Provigil and Cytomel.
3. We will get a motion x-ray of his cervical spine.
4. He will keep a log of his early morning temperatures for a week.
5. We will order labs for a male hormone panel; an a.m. cortisol; and a complete thyroid panel to include T3, T4, TSH, thyroglobulin antibodies, and thyroid peroxidase antibodies.
6. We will send updated records to Ted Mussler.


Michael G. Cassaro, M.D.

MGC/mbb
D: 4/28/05 (Dictated, reviewed when initialed)
T: 4/30/05

**DECLAN J. MCAULEY - 12/3/04 – ESTABLISHED PATIENT OUTPATIENT VISIT**

**SUBJECTIVE:** Chief Complaint: Neck pain, low back pain, and bilateral shoulder pain. His back pain has gotten a whole lot worse here over the past month or so. It is giving him fits. He has a 15 minute sitting tolerance now. He is also reporting 1 episode of the spike type pain that goes up through his head. It came on suddenly, lasted only a few seconds, and then went away. He is most distressed by it because he has not had any of these since last winter. His pain is worse. It is continuous in duration. It is burning in character in his face and hands. It is worse with sitting. He is still plagued with fatigue. He says that the Provigil does not help with the fatigue at all; it just keeps him from falling asleep. He is not on any adjunctive therapies. His activity level is the same. He is working. His allergies are unchanged. He is a nonsmoker. He awakens frequently from sleep and is still tired. His pain is inadequately controlled.

**OBJECTIVE:** BP: 110/80. PULSE: 68. RSP: 16. WGT: 181 lb. He is alert and oriented x 3. His station and gait are normal. His mood and affect are appropriate. His pupils are equal and round. His lids and conjunctivae are normal. He has focal midline tenderness on the supraspinous ligament at L5-S1. There is also bilateral paraspinous tenderness.

**ASSESSMENT:**
1. Post whiplash syndrome.
2. Low grade cervical myelopathy affecting the trigeminal nucleus.
3. Multilevel cervical disc protrusions including C3-4 and C6-7.
4. Multilevel thoracic disc protrusions including T2-3 and T10-11 with Schmorl's nodes at T10-11.
5. Lumbago.
6. Lumbar degenerative disc disease at L5-S1 with probable acute disc protrusion at L5-S1.
7. Lower lumbar facet degenerative disease.
8. Lumbar radiculitis.
9. Cervicogenic headaches.
10. Peripheral neuritis, probably due to wrist extension bilaterally.
11. Autoimmune thyroiditis, inadequately controlled.

**PLAN:**
1. I want him to start water arthritis exercise classes for general conditioning.
2. I will start Neurontin 400 mg t.i.d. #90.
3. I will do a caudal epidural injection today.


Michael G. Cassaro, M.D.

MGC/mbb
D: 12/3/04 (Dictated, reviewed when initialed)
T: 12/6/04

**PATIENT:** Declan J. McAuley                    **DATE:** December 3, 2004
**PHYSICIAN:** Michael G. Cassaro, M.D.

**PROCEDURE NOTE**

**PREOPERATIVE DIAGNOSIS:**
1. Lumbar degenerative disc disease at L5-S1 with probable acute disc protrusion at L5-S1.
2. Lower lumbar facet degenerative disease.
3. Lumbar radiculitis.

**POSTOPERATIVE DIAGNOSIS:**
1. Lumbar degenerative disc disease at L5-S1 with probable acute disc protrusion at L5-S1.
2. Lower lumbar facet degenerative disease.
3. Lumbar radiculitis.

**PROCEDURE:** Caudal epidural steroid injection.

**STATEMENT OF MEDICAL NECESSITY:** I have examined this patient and determined that the patient has pain originating from within the lumbar spinal canal. It is unresponsive to conservative therapy, oral medications, and noninvasive modalities. It is now medically necessary to provide the patient with an epidural steroid injection in order to relieve pain and improve function.

**CONSENT:** This proposed procedure has been explained to the patient in detail. Common risks and side effects have been explained. Reasonable expectations for outcome including the possibility that pain may be worse following the procedure have been explained to the patient. All of the patient's questions have been answered to the patient's satisfaction. The patient elects to proceed with this procedure.

**PROCEDURE DESCRIPTION:** The patient was placed on the treatment table in the prone position. Vital signs were monitored throughout the procedure. The patient's skin was prepped with alcohol and allowed to air dry. Sterile technique was followed throughout the procedure. Landmarks were identified by digital palpation. A 22-gauge 1.5" short beveled needle was then inserted percutaneously over the sacral hiatus, directed through the sacrococcygeal ligament, and into the sacral canal. An aspiration was performed which was negative. A solution was injected using a 20 cc syringe that contained 12 cc of Sarapin, 10.0 mg of Decadron, and 2 cc of Depo-Medrol 40. The needle was then removed and a dressing applied. The patient remained in the prone position for approximately 10 minutes. The patient's vital signs were stable. The patient was discharged. The patient tolerated the procedure well and there were no adverse reactions.

**POST PROCEDURE VITAL SIGNS:** BP: 110/80. PULSE: 80. RSP: 16.


Michael G. Cassaro, M.D.

MGC/mbb
D: 12/3/04 (Dictated, reviewed when initialed)
T: 12/6/04

## DECLAN MCAULEY - 1/15/04 – ESTABLISHED PATIENT OUTPATIENT VISIT

**SUBJECTIVE:** Chief Complaint: Neck pain and low back pain. His pain is the same. It is intermittent in duration. It is stabbing in character in his head, burning in his hands and face, and tingling in his hands. His medications are working. He is not having any side effects. He is not on any adjunctive therapies. His activity level is the same. He is working the same job. His allergies are unchanged. He is a nonsmoker. He is sleeping well lately. His pain is inadequately controlled.

**OBJECTIVE:** BP: 110/78. PULSE: 72. RSP: 16. WGT: 181 lb. He is alert and oriented x 3. His station and gait are normal. His mood and affect are appropriate. His pupils are equal and round. His lids and conjunctivae are normal.

**ASSESSMENT:**
1. Post whiplash syndrome.
2. Low grade cervical myelopathy affecting the trigeminal nucleus.
3. Multilevel cervical disc protrusions including C3-4 and C6-7.
4. Multilevel thoracic disc protrusions including T2-3 and T10-11 with Schmorl's nodes at T10-11.
5. Lumbago.
6. Lumbar degenerative disc disease at L5-S1 with probable acute disc protrusion at L5-S1.
7. Lower lumbar facet degenerative disease.
8. Lumbar radiculitis.
9. Cervicogenic headaches.
10. Peripheral neuritis, probably due to wrist extension bilaterally.

**PLAN:**
1. I will refill Neurontin 400 mg t.i.d. #90.
2. I will refill Ultracet 2 q.i.d. #240.
3. I will order saliva cortisol testing.
4. I will schedule him for right C2 through C4 facet nerve blocks.

Michael G. Cassaro, M.D.

MGC/mbb
D: 1/15/04 (Dictated, reviewed when initialed)
T: 1/19/04

# PAIN PATIENT PROFILE

**PATIENT: Declan McAuley**                         **DATE: December 23, 2003**

Upon initial evaluation on December 4, 2003, this patient completed a P3 Pain Patient Profile. I have reviewed the patient's answers. I have also reviewed the interpretation provided by NCS Assessments. It is my opinion that the validity statement and results summary are accurate as reported. I also agree with the clinical interpretation and treatment recommendations made in the NCS Assessments report.

It is my professional opinion that the written report from NCS Assessments is accurate as is.

Michael G. Cassaro, M.D.

MGC/mbb
D: 12/23/03 (Dictated, reviewed when initialed)
T: 12/26/03

# PAIN PATIENT PROFILE

**PATIENT: Declan McAuley**

**DATE: December 23, 2003**

Upon initial evaluation on December 4, 2003, this patient completed a P3 Pain Patient Profile. I have reviewed the patient's answers. I have also reviewed the interpretation provided by NCS Assessments. It is my opinion that the validity statement and results summary are accurate as reported. I also agree with the clinical interpretation and treatment recommendations made in the NCS Assessments report.

It is my professional opinion that the written report from NCS Assessments is accurate as is.

*mgc*

Michael G. Cassaro, M.D.

MGC/mbb
D: 12/23/03 (Dictated, reviewed when initialed)
T: 12/26/03

PATIENT: Declan McAuley
Reporting Physician:
Referring Physician:
Primary Care Physician:

DATE: December 4, 2003
Michael G. Cassaro, M.D.
Dr. Bernard
Dr. Altobellis

## INITIAL CONSULTATION

CHIEF COMPLAINT: Neck pain and low back pain.

HISTORY OF PRESENT ILLNESS: This is a 40-year-old male who was previously asymptomatic until involved in a motor vehicle accident on 9/23/03. He was the restrained driver of a Suburban that was stopped at a standstill when rear-ended by a semi. The semi hit him going 40 mph without applying his brakes or anything to slow down the impact. The Suburban and 3 other cars were knocked approximately 70 feet. He had no pain anywhere until the accident. At the time of the accident the driver's seat was broken. He felt an immediate thump in his back and he says that it felt like an explosion. He flew backward and to the right with the broken seat and hit his head on the console. He did not have any loss of consciousness, but was dazed at the scene and said that he was almost hit by traffic when he got out of the Suburban after the accident. He was diagnosed with a postconcussion syndrome and has problems with memory loss, concentration, and working with numbers as well as cognitive impairments. He also has developed mood swings and is quite irritable. His current pain complaints are primarily at the base of the neck and in the middle of his low back. The middle low back is constantly sore. He says that he cannot sit down for more than 45 to 60 minutes at the most when he has to get up and walk around. The longer that he sits the more than his back will hurt. He says that he is too uncomfortable to sit for long unless in a recliner. If he is in his Lazy Boy recliner and he leans way back, props up the leg rest, and bends his knees, he can stay in the recliner for an extended period of time without any problems. When he stands he gets pain radiating into the groin from the right side. He also occasionally gets pain radiating all the way down the right leg to his ankles. He occasionally gets burning in both feet and when it happens it occurs in both feet simultaneously and they will feel like they are on fire. He also occasionally gets burning in both hands, but not necessarily at the same time as both feet. He occasionally gets a burning sensation in his head and face and when he gets that sensation he cannot shave. He also gets pain from the right parietal region that shoots through his head to the roof of his mouth. The pains are "blinding." They are very sharp and stabbing in nature. They last only for a few seconds, but come without warning, happen 2 to 3 times per day, and leave again without any residual pain. He has noted no associations with the occurrence of the pain. He also on rare occasions gets left buttock pain that radiates down the left posterior thigh. He is very stiff in the morning when he first awakens and getting moving in the morning is very difficult. He says that at the time of the accident and for a month or so thereafter his wrists were very stiff and sore, but that has resolved. Also for the first month after the accident he had a constant headache, but that has now resolved.

Declan McAuley                **Page 2**                December 4, 2003

**PREVIOUS PAIN THERAPIES:** Previous medication trials include a recently obtained unknown pain medication from his PCP. He will call us back with the information about that medication, but he says that with his short term memory problems he just cannot recall the name of it. Previous pain therapies include physical therapy with a home exercise program that he has continued to perform using large rubber bands.

**PREVIOUS RADIOGRAPHIC STUDIES:** Previous radiographic studies were reviewed as part of this evaluation.

**MEDICATIONS:** Paxil.

**ALLERGIES:** None.

**PAST MEDICAL HISTORY:** Past medical history is significant for high cholesterol.

**PAST SURGICAL HISTORY:** Past surgical history is significant for appendectomy.

**SOCIAL HISTORY:** He does not smoke. He does not drink alcohol. He has no history of drug or alcohol abuse. He has not been arrested for prescription drug problems. He has not been in trouble for doctor shopping to obtain prescription drugs. He is currently employed as a design consultant. He has a Bachelor of Science degree. He is married. He is sexually active, heterosexual, and has no history of risky sexual activity.

**FAMILY HISTORY:** There is heart disease in his immediate family. Both of his parents have heart problems. He had a brother who died of a massive coronary at the age of 45. He has 5 brothers living and 1 has survived a brain tumor.

**REVIEW OF SYSTEMS:** Review of systems is significant for fatigue, widespread pain, wears glasses, recurrent bloody nose, chest pains, calf pain with walking, shortness of breath with simple activities, impotence or problems with sexual activity when he is fatigued and aches too much, recurrent heartburn, arthritis, broken bones, back pain, leg pain, head injury, headaches, numbness/tingling in extremities, up-to-date on immunizations and boosters, and skin rashes or changes.

**PHYSICAL EXAMINATION:** This is a well-developed male. HGT: 6' 1". WGT: 186 lb. BP: 106/64. PULSE: 80. RSP: 16. The patient is awake, alert, oriented, with appropriate speech, in no distress. No slurring, sedation, or other signs of medication side effects. HEENT: The patient is normocephalic. Pupils equal and round. EOMs intact. Hearing is intact for conversation. Lungs show good inspiratory expansion without retractions. Heart: The peripheral pulse shows a regular rate and rhythm. The patient has completed a P3 psychological screening evaluation today.

**Declan McAuley**                    **Page 3**                    December 4, 2003

Spine Examination: Cervical spine range of motion is 55 degrees of forward flexion, 10 degrees of extension, 20 degrees of left lateral flexion, 15 degrees of right lateral flexion, 55 degrees of left rotation, and 60 degrees of right rotation. The cervical spine is midline. There appears to be normal lordosis. There is no focal midline tenderness. There is splenius capitis tenderness bilaterally. There is tenderness on the facet column at C4 bilaterally with the left side worse than the right and at C6 bilaterally with the left side worse than the right side. There is tenderness on the supraspinous ligament at C7-T1. There is also left side dorsal scapular nerve tenderness. After examination of the patient's neck the patient started to sweat over the lower half of his trunk from about the level of T5 down. The thoracic spine is midline with normal kyphosis. There is focal midline tenderness on the supraspinous ligament at T2-3. There is no cervical paraspinous tenderness or spasm and there are no trigger points. The lumbar spine is in the midline. There appears to be normal lumbar lordosis. There is focal tenderness in the midline at L5-S1 on the supraspinous ligament. There is no focal paraspinous tenderness or spasms and there are no trigger points. The facet joints and the sacroiliac joints are non-tender and move normally. There is no sciatic notch tenderness. Straight leg raise is negative bilaterally in the sitting position. There is no tenderness of the greater trochanters and there is no saphenous or sartorius tenderness.

Neurologic Examination: Deep tendon reflexes in the bilateral upper extremities are of normal intensity and symmetrical. In the lower extremities the left patellar reflex is normal. The right patellar reflex has increased briskness with normal amplitude. Achilles reflexes are of normal intensity and symmetrical. Plantar reflexes on the right show toes going downward and on the left the toes flare. Strength is of normal intensity and symmetrical in all major muscle groups in all extremities. Sensation to pinprick is intact throughout, but the patient feels the pinprick more on the entire right side of the body from C2 down. The pinprick sensation is symmetrical in the trigeminal distribution. Temperature sensation is intact throughout. Station and gait are normal and symmetrical. His mood and affect are appropriate.

ASSESSMENT:
1. Post whiplash syndrome.
2. Low grade cervical myelopathy affecting the trigeminal nucleus.
3. Multilevel cervical disc protrusions including C3-4 and C6-7.
4. Multilevel thoracic disc protrusions including T2-3 and T10-11 with Schmorl's nodes at T10-11.
5. Lumbago.
6. Lumbar degenerative disc disease at L5-S1 with probable acute disc protrusion at L5-S1.
7. Lower lumbar facet degenerative disease.
8. Lumbar radiculitis.
9. Cervicogenic headaches.
10. Peripheral neuritis, probably due to wrist extension bilaterally.

Declan McAuley                    Page 4                    December 4, 2003

PLAN:
1. I will prescribe a TENS unit.
2. I will schedule him for a CT scan of the low back to determine whether the L5-S1 disc is a soft disc or if there is calcium present.
3. I will start Neurontin 400 mg t.i.d. #90.
4. I will start Ultracet 2 q.i.d. #240.
5. I also talked to him about decreasing the partially hydrogenated oils in his diet and decreasing his intake of starches, particularly potatoes and corn, for this Irishman who lives on potatoes and corn.

The patient specifically asked me about preexisting problems in his back and about the specific relationship of his symptoms to his injuries. I told him that without a doubt there is degenerative change at the L5-S1 level in the back that preexisted his September 2003 automobile accident and probably also preexisted an insignificant January automobile accident that he was injured in as the degenerative changes are of the type that take more than a few months to form. I told him that I believed that his low back problem was asymptomatic as he claimed, but that he has developed a low grade myelopathy due to "bruising" of the spinal cord in his neck that then created a double lesion phenomenon where insignificant sensory input from the previously existing problems have now become intensified and magnified as they go through the injured portion of his spinal cord in his neck and directly increasing the significance of the pain experienced by the low back problem. I also believe that the disc protrusion that is seen at L5-S1 is acute rather than preexisting. That protrusion can be confirmed to be acute if it is still soft and we will get the CT scan to demonstrate that. The patient shows significant disc injuries in the cervical, thoracic, and lumbar spines all of which are capable of causing neurologic injury. The flaring of the toes to plantar stimulation on the left foot is an objective sign of neurologic injury above the level of the L5-S1 disc and since that is new would be as a result of a high level injury. It is also possible that the postconcussion syndrome, by the same principles of a double lesion phenomenon, can be causing an increase in the significance of his pain.

Michael G. Cassaro, M.D.

MGC/mbb
D: 12/403 (Dictated, reviewed when initialed)
T: 12/8/03

**Norton Suburban Hospital**
**4001 Dutchmans Lane**
**Louisville, KY 40207**

**PHONE #: (502) 893-1055**
**  FAX #: (502) 894-1339**

NAME: MCAULEY,DECLAN J
ATTENDING DR: Cassaro,Michael G
DOB: 09/21/1963   AGE: 40      SEX: M
ACCT: M06009021400 LOC: M.CT
EXAM DATE: 12/23/2003 STATUS: REG CLI
RADIOLOGY NO:
UNIT NO: M000511163


**Michael Cassaro**
**4010 Dupont Circle**
**Suite 430**
**Louisville, KY  40207-4812**

     EXAMS: 000829285 CT LUMBAR SPINE W/O CONTRAST,
            000829286 CT CORONAL/SAG/3D RECONS.

CT SCAN OF THE LUMBAR SPINE
RECONSTRUCTION IMAGES

HISTORY/INDICATIONS:  Lumbar degenerative disc disease.

COMPARISON:  None.

FINDINGS:  Multiple axial images were obtained from T12-L1 without
contrast.  Exam was filmed in soft tissue and bone windows.  Sagittal
reconstruction images were supplemented.

T12-L1 through L3-4 are unremarkable without focal disc abnormality
identified.  L4-5 demonstrates a broad base posterior disc protrusion
which is slightly asymmetric to the right.  There likely is some
mass effect along the ventral surface of the thecal sac but this is
difficult to further evaluation due to lack of intrathecal contrast.
L5-S1 is unremarkable.

**_IMPRESSION:_**
1.   **_Broad based protrusion at L4-5, slightly asymmetric to the right._**
     **_Further evaluation with MRI may be helpful if clinically_**
     **_indicated._**

JOB #2484993
DICT: 12/23/2003 at 1554


          ** Electronically Signed by DR. MATTHEW ZWICK M.D. **
          **           on 12/23/2003 ·at 1657           **


PAGE 1              Michael Cassaro                  (CONTINUED)

**Norton Suburban Hospital**
**4001 Dutchmans Lane**
**Louisville, KY 40207**

**PHONE #: (502) 893-1055**
**FAX #: (502) 894-1339**

NAME: MCAULEY,DECLAN J
ATTENDING DR: Cassaro,Michael G
DOB: 09/21/1963   AGE: 40      SEX: M
ACCT: M06009021400 LOC: M.CT
EXAM DATE: 12/23/2003 STATUS: REG CLI
RADIOLOGY NO:
UNIT NO: M000511163


EXAMS: 000829285 CT LUMBAR SPINE W/O CONTRAST,
       000829286 CT CORONAL/SAG/3D RECONS.
   <Continued>

            Reported and Signed by: DR. MATTHEW ZWICK, M.D.


CC: Michael Cassaro

TECHNOLOGIST: CONNIE HICKS, RT(R)
TRANSCRIBED DATE/TIME: 12/23/2003 (1637)
TRANSCRIPTIONIST: MHIM.DHG
ELECTRONIC SIGNATURE DATE/TIME: 12/23/2003 (1657)
PRINTED DATE/TIME: 12/23/2003 (1658)   BATCH NO: N/A

PAGE 2              Michael Cassaro

## DECLAN MCAULEY - 12/4/03 – RADIOGRAPHIC INTERPRETATION

This is on Declan McAuley. It is a lumbosacral MRI taken 10/4/03. There is about 50% loss of disc height at the L5-S1 level. There is also a posterior disc bulge with osteophyte ridge at that level. Also of note there are Schmorl's nodes through the inferior end plate of T11 and the superior end plate of T12 with dehydration and degeneration of the T11-12 intervertebral disc. The remaining lumbar discs have normal heights with normal hydration. The neural foramina are patent bilaterally. The sacroiliac joints appear symmetrical. There are degenerative changes of the facet joints at L4-5 and L5-S1 bilaterally. At the L5-S1 level there is a midline disc bulge that effaces the thecal sac, but does not appear to be compressing the descending nerve root on the left. It is in contact with the descending nerve root on the right. The cauda equina is layered normally within the subarachnoid space. There is asymmetry of the facet joints at multiple levels but without apparent degenerative changes in the upper lumbar spine.

This is a cervical MRI from 10/4/03. There is normal cervical lordosis. There is a posterior disc bulge at C3-4, C6-7, and T2-3. The T2-3 disc bulge appears to efface the cervical cord. There is also 50% or greater loss of disc height at T2-3. The cervical disc heights all appear normal. The upper cervical structures appear normal. In the cervical spine there is a good layer of CSF surrounding the cord at all levels. It is noted, however, that there is some heterogeneity of the cord signal intensity particularly in the right anterior region of the cord extending from what looks like C7 down through T1. There are no axial images lower than that.

Michael G. Cassaro, M.D.

MGC/mbb
D: 12/4/03 (Dictated, reviewed when initialed)
T: 12/8/03

May 08 05 09:49a       L   is B. Kastan, MD       (5   ) 993-4241         p.22

## Louis B. Kastan, M.D.
### 605 Zorn Avenue
### Louisville, KY 40206

| | |
|---|---|
| PATIENT: | McAuley, Declan |
| DATE OF BIRTH: | 09/21/63 |
| EXAM DATE: | 05/05/05 |
| REPORT DATE: | 05-08-05 |
| REFERRING PHYSICIAN: | Dr. Cassaro |

DYNAMIC MOTION X-RAY EVALUATION OF THE CERVICAL SPINE:

The vertebral bodies and their appendages are intact.  The intervertebral disc spaces are well maintained.  There is mild staightening of the lordotic curvature.  The pre-vertebral soft tissue space is normal.

In the lateral nodding projection there is normal movement at the atlanto-occipital articulation.

Motion in the neutral lateral projection to full flexion is normal.

Motion in the neutral lateral projection to full extension shows mild retrolisthesis at C2-C3 and C3-C4.

Motion in the oblique flexion projection is normal.

Motion in the oblique extension projection is normal.

Motion in the A-P lateral bending projection is normal.

Motion in the A-P rotation projection is normal.

Motion in the A-P open mouth lateral bending projection shows normal lateral translation of C1 on C2.


IMPRESSION:     1.   STRAIGHTENING OF THE LORDOTIC CURVATURE
                2.   LIGAMENTOUS INSTABILITY AT C2-C3 AND C3-C4 WITH
                     RETROLISTHESIS


Louis B. Kastan, M.D.



**Jewish Hospital**

The Rehab System

**Southern Indiana Rehab Hospital**

A partnership of Frazier Rehab Center, Floyd Memorial Hospital, Clark Memorial Hospital

Frazier Rehab Institute

220 Abraham Flexner Way
Louisville, KY 40202-1887

3104 Blackiston Blvd.
New Albany, IN 47150

## Report of Neuropsychological Evaluation
### (Confidential)

| | |
|---|---|
| **Name:** | McCauley, Declan |
| **Chart No:** | 98576 |
| **Age:** | 40 years |
| **Birth Date:** | 9/21/1963 |
| **Gender:** | male |
| **Education:** | 15 years |
| **Handedness:** | right |
| **Marital Status:** | married |
| **Date Of Evaluation:** | 3/23/04 |
| **Examiners:** | Catherine Frantom, Ph.D., Licensed Psychologist |
| | Susan Berry Holstein, M.A., Licensed Psychological Associate |
| | Jennifer Schum, M.A., Licensed Psychological Associate |

### Neuropsychological Examination Battery

Rey 15-Item Memory Test
Wechsler Adult Intelligence Scale – III
Woodcock-McGrew-Werder Mini-Battery of Achievement (Reading Subtest)
Halstead-Reitan Neuropsychological Test Battery
    Halstead Category Test
    Trail Making Test (Parts A and B)
    Lateral Dominance Examination
    Tactual Performance Test
    Name Writing Test
    Halstead Finger Oscillation Test
    Strength of Grip Test
    Seashore Rhythm Test
    Speech Sounds Perception Test
    Reitan-Indiana Aphasia Screening Test
    Reitan-Klove Sensory Perceptual Evaluation/
    Tactile Form Recognition Test
General Neuropsychological Deficit Scale (GNDS)
Expanded Norms for Halstead Reitan Test Battery (Heaton Norms)
Wechsler Memory Scale – III
Ruff Figural Fluency Test
Controlled Oral Word Association Test
Minnesota Multiphasic Personality Inventory – 2
Clinical Interview
Collateral Interview with patient's wife Linda

Patient:   McCauley, Declan
Chart:     98576
Page:      2

## Referral Information:

Mr. McCauley is a 40-year-old, right-handed, Irish-born, married, male referred by John Gormley, M.D. for neuropsychological evaluation to assess cognitive functioning status post a traumatic brain injury secondary to a motor vehicle accident in September 2003. Background information was obtained in an interview with Mr. McCauley and collateral information provided by his wife.

According to Mr. McCauley, he was the restrained driver of a motor vehicle that was hit in the rear by a semi-truck. His seat snapped and threw him backwards, causing his feet to be thrust up under the dashboard. He felt the force impact in his middle back and his head rotated to the right side. There was no LOC but he felt 'dazed'. He did not go to the hospital and said he was okay. The following day he experienced shooting pain from head to toe, aching, and a constant headache, which did not improve for approximately 6 weeks. He continues to have shooting pains in his right leg. He developed itching and a rash on his hands. His physician referred him to a neurologist who found compressed and herniated disks in the middle back per MRI in addition to vertebrae in neck pressing on nerves. He did not have rehab and immediately returned to his work.

## Background Information:

Mr. McCauley and his wife came to Louisville Kentucky from Ireland in 1990 to attend college. Mr. McCauley attended Spalding for premed and has completed 15 years of formal education. He reported numerous ups and downs since being in America and has finally arrived at a point where he is financially accomplished in his own business designing kitchen cabinets. His wife is also very involved in the business, particularly in the financial accounting area since his accident. They have two children, ages seven and eleven.

Mr. McCauley's personal medical history is significant for high cholesterol since the accident. He has otherwise been healthy. His family medical history is significant for one brother with a brain tumor and another with massive heart attack.

Cognitively, Mr. McCauley reported significant changes from pre-injury. He reported difficulty "thinking on his feet", remembering information after a delay, finding his way around in familiar areas, and forgetting whole conversations with others. He reported that he has forgotten to deposit business checks and struggles with numbers and giving estimates to clients. He reported problems learning new information and needs to write everything down. He can retrieve old information with effort. Mr. McCauley reported periods of "blanking out" and losing sense of time. He forgets to do routine things like eat lunch. He reported that he is not tracking well and is frequently oblivious to activities going on around him. There was no report of seizures.

Physically, Mr. McCauley reported having chronic pain, which he has learned to tolerate. He was having stabbing headache pain two-to-four times per day until January that kept him from driving. The headaches have subsided. He reported intermittent burning and itching in his hands, feet, head, and face. He has been extremely fatigued since the accident and never feels rested.

Emotionally, Mr. McCauley and his wife have noticed changes. He reported "I have lost my sense of humor." He is easily irritated. He has been trying to pace himself better so that he is less moody and reactive to his wife and children. He tried Wellbutrin for a month, but said it did not help. There is periodical loss of sexual interest.

Patient:    McCauley, Declan
Chart:      98576
Page:       3

## Behavioral Observations:

Mr. McCauley arrived with his wife for his appointment. He was nicely dressed, well groomed, upright and ambulatory. No problems were reported with hearing, vision or pain that might interfere with testing. He was pleasant and friendly and easily established rapport. Affect and mood were congruent and normally variable. Eye contact was appropriate.

Cognitively, Mr. McCauley was alert and fully oriented. His conversational speech was fluent, meaningful, with adequate articulation, free of paraphasic errors, with normal rate and volume. There were no obvious problems with expressive or receptive language. Thinking processes were appropriate and goal directed. Content of thought was oriented to topic. There was no report of past or current symptoms of psychosis and there was no evidence in the interview of systematized delusions. There was no report of past or current suicidal or homicidal ideation. He reported awareness of problems with impulse control and has developed a coping strategy that works for him. Insight and judgment appeared to be good.

During test administration, Mr. McCauley was cooperative, calm, and on-task. He did not express concern about test performance. He appeared to be giving good effort. Problem-solving ability, attention, and reaction times were within normal limits. Speech was clear and intelligible. There were no observable gross sensory-perceptual sensitivities. Overall, results of the current evaluation appear to be an accurate representation of Mr. McCauley's neuropsychological functioning at the time of testing.

## Test Results:

The Rey 15-Item Memory Test is a brief measure specifically designed to detect the exaggeration of deficits. A score below 9 correct out of 15 is thought to suggest intentionally false responding. Mr. McCauley obtained a score of 15/15, which is in the range of normal limits.

The Wechsler Adult Intelligence Scale - III (WAIS-III) is an age-based, standardized measure of general intellectual functioning. Results are reported below:

| Wechsler Adult Intelligence Scale-III (WAIS-III) | | | |
|---|---|---|---|
| **Verbal Subtests** | **SS** | **Performance Subtests** | **SS** |
| Vocabulary | 13 | Picture Completion | 9 |
| Similarities | 11 | Digit Symbol | 7 |
| Arithmetic | 13 | Block Design | 12 |
| Digit Span | 15 | Matrix Reasoning | 11 |
| Information | 13 | Picture Arrangement | 11 |
| Comprehension | 14 | Symbol Search | 10 |
| Letter Number Sequencing | 13 | | |
| Verbal IQ = 119 | | Performance IQ = 99 | |
| Full Scale IQ = 111 | | | |

| WAIS-III Index | Index Score |
|---|---|
| Verbal Comprehension | 112 |
| Perceptual Organization | 103 |
| Working Memory | 121 |
| Processing Speed | 91 |

Patient:    McCauley, Declan
Chart:      98576
Page:       4

Mr. McCauley's overall level of general intellectual functioning as measured by the WAIS-III Full Scale IQ is in the high average range. His Verbal IQ is in the high average range and Performance IQ is in the average range. The 20-point difference between the Verbal and Performance IQ scores is statistically significant (p< .05) and clinically meaningful at a frequency of 7.3% in the normative sample. Subtest scores in each domain are relatively consistent. Mr. McCauley demonstrated a relative weakness in the area of associative learning (matching symbols with numbers). This task involves timed conditions and thus involves a processing speed component. Mr. McCauley's Processing Speed Index score is, however, in the average range but significantly below what is expected given his Full Scale IQ. Mr. McCauley's Woodcock-McGrew-Werder Mini-Battery of Achievement Reading score of 98 is in the average range.

In addition to the standardized measures of general intellectual and academic functioning, specialized neuropsychological measures (General Neuropsychological Deficit Scale, GNDS) and normative data (Heaton norms) were used to assess brain-behavior relationships. Traditional qualitative test interpretation and computerized procedures were used in scoring. Summative expressions of functional impairment were calculated based on the specialized measures. Mr. McCauley's GNDS summative score of 16 is in the range of normal limits. His Impairment Index of 0 is in the range of no impairment.

The Category Test measures novel problem solving abilities (new learning) that is not dependent on academic training. Immediate feedback on correctness of responses is provided to maximize learning in this situation. Mr. McCauley's score of 23 errors out of 208 items is in the range of normal limits.

The Trail Making Test measures sustained attention and concentration, sequencing ability, visual scanning, and cognitive flexibility. Mr. McCauley's performance on the easy Part A (21 seconds, 0 errors) and on the more complex Part B (48 seconds, 0 errors) was within the range of normal limits.

A test of lateral dominance revealed right hand and right foot dominance. This information was used to interpret tests of psychomotor functioning and in the administration of a test of complex tactile-motor integration, the Tactual Performance Test (TPT). The TPT is done without benefit of vision and is particularly sensitive to dysfunction of the parietal lobe. One trial each is completed using the dominant hand, non-dominant hand, and both hands, respectively. Mr. McCauley's total time for tactile-motor integration was 9.2 minutes and in the intact range. Incidental memory for shapes and spatial localization appear intact.

Psychomotor functioning was measured using tests Name Writing, Finger Oscillation, and Strength of Grip. On the Name Writing test, Mr. McCauley's times were within functional limits, bilaterally. Motorically, speed (tapping) was within normal limits, bilaterally. Grip strength was impaired bilaterally, with weaker performance in the dominant hand.

The Speech-Sounds Perception Test and Seashore Rhythm Test were administered to assess auditory processing based on the ability to discriminate verbal and nonverbal sounds, respectively. These tests also require attention and concentration skills. Mr. McCauley's error score on the less demanding verbal sounds test was 6/60, which is in the range of normal limits. Mr. McCauley's score on the less structured and more demanding nonverbal rhythm test was 28/30, which is in the range of normal limits.

Specific areas of deficits indicating cerebral dysfunction are reflected in the results of the Reitan-Indiana Aphasia Screening Evaluation and the Reitan-Klove Sensory-Perceptual Examination. The Reitan-Indiana Aphasia Screening Evaluation revealed the following pathognomonic signs: none

Patient:    McCauley, Declan
Chart:      98576
Page:       5

The Reitan-Klove Sensory-Perceptual Examination revealed the following domain suppressions under conditions of bilateral simultaneous stimulation: 0 right tactile, 0 left tactile, 0 right visual, 0 left visual, 0 right auditory, and 0 left auditory. There were no significant signs of finger dysgnosia, dysgraphesthesia, or dysstereognosis. Rough visual field screening revealed no visual field deficits, despite being legally blind in his left eye.

The Wechsler Memory Scale - III (WMS-III) is an age-based, standard battery developed to assess memory. Results are reported below:

| Wechsler Memory Scale III (WMS-III; Index Scores) | | | |
|---|---|---|---|
| Auditory Immediate | 123 | Auditory Delayed | 77 |
| Visual Immediate | 100 | Visual Delayed | 56 |
| Immediate Memory | 114 | Auditory Recognition Delayed | 75 |
| Working Memory | 111 | General (Delayed) Memory | 63 |

On the WMS-III, Mr. McCauley's General Memory Index of 63 indicates extremely low range ability for recall of verbally and visually presented information after a delay. Immediate memory is significantly greater than delayed recall. Visual memory processes are significantly less than auditory memory processes. He does not appear to benefit from cues and reminders. Mr. McCauley's delayed memory (visual and verbal) is significantly less than expected (p < .01) given his Full Scale IQ.

Mr. McCauley's nonverbal fluency score as measured by the Ruff Figural Fluency Test is in the average range for total unique designs with an error ratio in the average range. Subtest scores of the Controlled Oral Word Association Test (COWA), used to assess verbal fluency and higher order verbal functioning, indicate very superior range phonemic fluency and high average range semantic fluency.

Personality characteristics and situational stressors can often influence the way in which an individual responds to test taking in general, and in some cases, can impact scores on other measures. Thus, the (Minnesota Multiphasic Personality Inventory–2 (MMPI-2) was administered. Though the MMPI was originally designed as a diagnostic tool, its diagnostic origins have been expanded to include objective evaluation of a person's behavior, attitudes, thought patterns, and strengths; data that can be useful in forming impressions and making recommendations.

Mr. McCauley produced a questionably valid report based on biased responding in the direction of 'false': K = 66 and high TRIN =64 in the direction of 'False' response pattern. High K scale is generally found in relation to minimizing difficulties and when found in conjunction with elevated supplementary scale-R suggests a person who may not be able to look at things that are not going well. There may be a tendency to suppress feelings and avoid unpleasant topics. Mr. McCauley's 3-1-K profile has been found in individuals with chronic pain.

Summary and Recommendations:
Overall, results of the current evaluation suggest mild impairment of functional brain ability status post TBI secondary to an MVA in September 2003.

Patient:    McCauley, Declan
Chart:      98576
Page:       6

Mr. McCauley is currently functioning in the high average range of general intelligence. His visual-spatial abilities are significantly less than his verbal abilities. Processing speed appears to be reduced. Mr. McCauley's overall memory abilities are significantly less than expected (p < .01) given his Full Scale IQ. He is demonstrating extremely low range ability for recall of verbally and visually presented information after a delay and regardless of cues and reminders. Immediate memory is a significant strength and he tends to remember best what he hears versus what he sees.  Higher-order cognitive functioning (fluid and flexible thinking) appears generally intact.

Mr. McCauley's ability to translate incoming tactile-sensory information into specific motor functions is intact. Additionally, incidental memory for shapes and spatial localization is intact. Fine motor speed is intact bilaterally. Grip strength is bilaterally weak with greater deficiency in right hand functioning. Sensory-perceptual function appears generally intact.

Objective personality test results are consistent with Mr. McCauley's presentation and background information. He is an accomplished, self-made person who truly pushes himself beyond limits. He appears to expect a lot from himself perhaps for fear of risking failure. He keeps himself in check and does not readily admit to weakness. Additionally, he is in chronic pain but does not like to complain about it.  Mr. McCauley's fatigue, though a common occurrence after a brain injury, appears to be related to the type of injury he sustained. Reportedly, he experienced some twisting of the upper spine, which could have affected the brain stem and pons area that regulates sleep. He reported feeling oblivious to activities around him and losing track of time, which is not uncommon following a brain injury.

Based on test results, his cognitive deficits appear to be primarily associated with right hemisphere functions with some left hemisphere involvement, for example, relatively weak visual-spatial information processing and visual memory, in addition to overall delayed memory problems and bilateral hand strength. Some recommendations for Mr. McCauley are offered below:

1. Restoring cognitive focus.
    a. Consider PT. Misalignment of the spine, or any impingement on the cranial, cervical or other nerves may cause symptoms of "brain fog".  The cause may be a trauma to the head or to another part of the body. Physical therapy could be helpful to address strategies for structural misalignments and functioning as well as provide education about avoiding repeat injury. A referral to a facility like Frazier NRP East for physical therapy and cognitive retraining are recommended.
    b. Cognitive retraining is suggested for areas of deficiency noted above (e.g., memory, processing speed, visual-spatial abilities).
    c. Consider medication if not contraindicated. Problems with cognitive focus, low energy and increased irritability may be helped by medication like Amantadine. We have seen positive effects in individuals with brain injury starting with 100 bid (taken at 8 am and noon).
2. Addressing fatigue.
    a. Fatigue generally occurs in the afternoon around 2:00 or 3:00, thus, planning mental and stressful work for the morning hours is suggested. The mind is a lot clearer in the morning and less prone to making mistakes.
    b. Fatigue affects memory and information learned when a person is fresh is more likely to be remembered. Information from late night projects will not likely be remembered the following day.
4. Improving sleep.

Patient:    McCauley, Declan
Chart:      98576
Page:       7

    a. A sleep aid may be helpful if you agree. Lack of sleep makes the other brain injury symptoms much worse. Improper sleep can result in tiredness throughout the day, worsening memory, and increased irritability.

    b. The paralysis of sleep also has an important role in physical healing. In general, *resting* is a good idea, but *sleeping* (napping) during the day tends to disrupt evening sleep. To help normalize the sleep pattern, it might be better to lie down and rest without allowing sleep.

5. Developing an exercise program.

    a. Exercise improves ability to think. This seems pretty obvious, but for individuals with brain injury, it becomes crucial. As information for the patient, the brain weighs less than 5% of the entire body but uses 30% of the oxygen in the body. Exercise gets more oxygen into the blood system. Patient should exercise only if cleared by a physician.

6. Treating chronic pain.

    a. For those with chronic pain syndromes, some types of exercise are very beneficial (e.g. swimming for people who have neck or back pain). As always, this should be discussed with a physician before pursuing.

    b. Consultation with a physical therapist about a program might be helpful.

    c. Ongoing communication with physiatrist and neurologist concerning pain issues is recommended.

    d. Explore alternative methods for pain control to reduce perception of pain by shifting focus from pain to other pleasant stimuli like listening to music, using somatic relaxation techniques, and proper instruction in yoga or breathing exercises.

    e. The following books are recommended for the instruction they provide in alternative techniques: Managing Pain Before It Manages You  by Margaret A. Caudill, M.D. The Chronic Pain Control Workbook: A Step-By-Step Guide for Coping With and Overcoming Pain by Ellen Mohr Catalano, Ph.D.

5. Evaluating diet.

    a. Sugar and caffeine should be used conservatively.

    b. Balanced meals and not skipping meals provides a constant supply of energy to the brain.

6. Evaluating work schedule.

    a. Increase stamina gradually. A common approach to this problem is a gradual return to work, adding hours only as can be tolerated.

7. Improving efficiency.

    a. Even though deficits appear to be mild, they can nonetheless interfere with daily functioning. Brain injury survivors tend to function less efficiently overall, so the patient and others should adjust expectations accordingly.

    b. Productivity may decrease for a while and more effort may be required to do work that previously came easily.

    c. Reduced initiation and motivation are typical and may be compounded by fatigue from the demands of returning to normal routines or work even if part time.

    d. Multi-tasking should be avoided and individual tasks completed before moving on to others.

    e. Routines and standardized procedures should be developed whenever possible for tracking tasks at home and work.

    f. Setting small attainable goals will be important to progress especially in terms of cognitive retraining and feelings of self-efficacy.

8. Learning more about brain injuries.

    a. The following sites are recommended to others for general information about brain injuries.

        Brain Injury Association of America http://www.biausa.org

        Brain Injury Association of Kentucky http://www.braincenter.org/

Patient:    McCauley, Declan
Chart:      98576
Page:       8

Brain Injury Association of Missouri http://www.biausa.org/Missouri/bia.htm
Brain Trauma Foundation http://www2.braintrauma.org/

    b. Written information can be obtained from the Brain Injury Association (202) 296-8850.
    c. A recommended book for family members: "Head Injury and the Family: A Life and Living Perspective" by Arthur E. Dell Orto. Paperback 1994.

11. Preventing repeat injury.
    a. Abstain from high-risk activities (e.g., riding four-wheelers, motorcycles, horseback riding, diving into pools or lakes, water skiing, etc.)
    b. Abstain from activities that involve velocity and sudden movements that could shake the brain (e.g., amusement park rides).
    c. Avoid alcohol and tobacco products, as well as any medication that contains alcohol as a primary ingredient.
    d. Abstinence from contact sports is recommended for a period of at least 2 years post injury.

12. Evaluate driving ability.
    a. It is recommended that a driver evaluation be performed for the safety of the patient and others. Even mild impairments can interfere with a person's ability to drive safely. Please have patient consult with an occupational therapist to determine appropriateness for driver's safety evaluation.
    b. Frazier NRP East conducts safety evals and can be contacted by calling 429-8640.

13. Counseling for adjustment, support, and education.
    a. Outpatient counseling might be considered with a psychologist who has familiarity with brain injury recovery and its psychosocial implications.

Thank you for this referral. Please let me know if I can be of further assistance to you, or Mr. and Mrs. McCauley.


C. G. Frantom Ph.D.,
_____
Catherine G. Frantom, Ph.D.,
Licensed Psychologist