UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO. 3:04CV-676-MO

Electronically Filed

DECLAN J. MCAULEY                                                                                         PLAINTIFF

v.       **PROPOSED VOIR DIRE QUESTIONS
         OF DEFENDANT R&L TRANSFER, INC.**

R & L TRANSFER, INC.                                                                                     DEFENDANT

\* \* \* \* \* \*

Pursuant to this Court's Pretrial Order, Defendant R&L Transfer, Inc. ("R&L"), hereby submits the following proposed voir dire questions for any trial of this matter.

1.      Are any of you, members of your immediate family or friends acquainted with Declan McAuley, Linda McAuley, or their family?

2.      Do any of you, your relatives or friends have any business relationship with Declan McAuley or any member of his family?

3.      Are any of you, members of your immediate family or friends acquainted with Harvey Calhoun?

4.      What about the trucking company, R&L Transfer?

5.      Are you or any member of your immediate family or friends acquainted with any of the attorneys in this case? Nancy Loucks? Laura Leone? Ted Mussler?

6. The following people may be called as witnesses in this case.  Do any of you know, or are you familiar with any of them?  [name all witnesses]

7. How do you feel about trucks?

8. What do you know about trucks?

9. Do trucks make you uncomfortable on the road? Why?

10. Have you ever felt intimidated by a truck? Why?

11. How do you feel about truck drivers?

12. Does anyone have a family member or friend who is a truck driver?

13. How about any connections to any trucking company?

14. How do you feel about trucking companies in general?

15. What kind of people do you think work in trucking companies?

16. What kind of people do you think drive trucks?

17. Do you think that R&L is here because it did something wrong?  Why?

18. Do any of you, or any members of your immediate family, have any kind of medical training?  What kind?

19. Does anyone here have any training or experience in accident reconstruction?

20. Does anyone have any special knowledge about cars or trucks?

21. Does anyone or members of your immediate family have any experience with claims investigation?

22. Has anyone had any experience with back injuries?

23. Neck injuries?

24. Brain injuries?

25. Does anyone know anyone who's undergoing treatment for hormone problems?

26. Does anyone have any experience with automobile accidents?

27. Were you rear-ended?

28. Did you rear-end someone?

29. Was anyone hurt? How badly?

30. What did the cars look like?

31. Did you sue? Why not?

32. Has anyone else had any experience with lawsuits? Either as a juror, witness, claimant, or defendant?

33. Has anyone here ever had a concussion?

34. How about your family or friends?

35. Did you all get better?

36. Does anyone own his own business?

37. Has anyone ever missed work for an injury?

38. Is anyone out of work right now? How about anyone in your family?

39. Is that because of an injury or illness?

40. Have any of you or members of your immediate family ever been involved in an accident where you were hurt or where you claimed that your injuries were caused by someone else?

41. This accident happened just past the intersection of I-65 and the Gene Snyder. Is anyone particularly familiar with that area? Why?

42. Does anyone here, or your immediate family, have special knowledge or education in economics?

43. What about vocational rehabilitation and evaluation?

44. Does anyone know people who aren't citizens of the U.S.?

45. You've heard a little bit about the case, and have heard the kinds of questions we are asking. Can you think of anything that would be helpful for us to know?

46. Is there anyone who might have difficulty seeing or hearing so that it would be hard for them to hear and see the evidence presented to them during the trial of this case?

47. Does anyone have any physical condition which could interfere with his or her ability to sit through the trial?

48. Is there any reason why any of you believe that you cannot sit on the jury to decide this case?

49. Is there any reason at all why you believe you might not be able to be absolutely fair and impartial during the course of this trial?

**Respectfully submitted by:**

s/Nancy B. Loucks
***Counsel for Defendant R & L Transfer, Inc.***
FROST BROWN TODD, LLC
400 West Market Street, 32nd Floor
Louisville, KY  40202-3363
(502) 589-5400
Fax:  (502) 581-1087
nloucks@fbtlaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on **July 17, 2006**, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

Theodore L. Mussler, Jr., Esq.
Mussler & Associates
401 West Main Street, Suite 1700
Louisville, Kentucky 40202
(502) 583-1700
***Counsel for Plaintiff***

             **s/Nancy B. Loucks**

LOULibrary BT00OMZ.0105671 566361v.1